MCGREGOR W. SCOTT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>BLACK IPHONE CELL PHONE ASSIGNED DEA NON-DRUG EXHIBIT NUMBER N-1, WHICH IS STORED AND MAINTAINED AS EVIDENCE AT THE DEA FRESNO DISTRICT OFFICE | CASE NO. 1:20-SW-00481-EPG<br><br>MOTION AND ORDER TO UNSEAL SEARCH WARRANT |

The search warrant in this case, having been sealed by Order of the Court on November 12, 2020, and it appears no longer need remain secret,

The United States of America, by and through McGregor W. Scott, United States Attorney, and Jessica A. Massey, Assistant United States Attorney, hereby moves that the search warrant in this case

///
///
///
///
///
///
///
///

MOTION AND PROPOSED ORDER TO UNSEAL                     1

be unsealed and made public record.

Dated:  February 8, 2021                                          McGREGOR W. SCOTT
                                                                  United States Attorney

                                                       By:        /s/ Jessica A. Massey
                                                                  JESSICA A. MASSEY
                                                                  Assistant United States Attorney

## ORDER

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the search warrant filed on November 12, 2020, be unsealed and become public record.

IT IS SO ORDERED.

Dated:   **February 9, 2021**                          /s/ *Sheila K. Oberto*
                                                       UNITED STATES MAGISTRATE JUDGE